UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/14/2022_
```

RICARDO VELASQUEZ,

                Plaintiff,

-against-

ANTLER DISPENSARY, INC., a New York corporation, d/b/a ANTLER BEER & WINE DISPENSARY, and PPC MANAGEMENT INC., a New York corporation,

                Defendants.

21 Civ. 7450 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 6, 2021, Plaintiff filed this action. ECF No. 1. On December 2, 2021, the Court ordered Plaintiff to move for a default judgment against Defendants by January 3, 2022. ECF No. 15. Plaintiff failed to comply with that order. On January 4, 2022, the Court ordered Plaintff to show cause why this case should not be dismissed for failure to prosecute by January 11, 2022. ECF No. 16. Plaintiff has not responded to that order.

    Accordingly, the case is DISMISSED under Rule 41(b) because Plaintiff has failed to prosecute this action, as evidenced by his failure to respond the the Court's orders. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: January 14, 2022
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge