UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

-against-

ANTLER DISPENSARY, INC., a New York corporation, d/b/a ANTLER BEER & WINE DISPENSARY, and PPC MANAGEMENT INC., a New York corporation,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2022
```

21 Civ. 7450 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is directed to STRIKE ECF No. 17, and reopen the case. By **February 4, 2022**, the parties shall file their joint letter and proposed case management place.

    SO ORDERED.

Dated: January 18, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge