# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2022
```

February 4, 2022

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

        Re:    Velasquez v. Antler Dispensary, Inc., et al.
                Case 1:21-cv-07450-AT

Dear Judge Torres:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Case Management Plan and Joint Letter is currently due February 4, 2022. However, Defendants have not appeared in this matter.

      The Defendants were originally served via the Department of State. Besides the backlog at that agency, the Department of State serve by certified mail and the date posted on their Affidavits is when the Complaints are served by a process server to them. This poses a problem as we don't know when the Complaint and Summons are actually received by the Defendant corporations. A second problem is that the addresses are often defunct as this agency leaves it up to the corporations to update with them any new change of address every two years, which unfortunately does not get reported by the corporations. What is left on record is an address that may or may not be a valid or current address. From our online internet research, we find that other online sources mimic what the Department of State has on their current records for corporations.

      This is the dilemma we have in this instant case. Due to the lack of response of Defendants, to rule out any possible wrong or defunct address, and/or rule out lack of service from the Department of State via certified mail, the undersigned will be re-serving the Defendants via personal service. If the process server has no problem or issue serving at the recorded addresses registered with the Department of State, then we will know the addresses were correct and the Defendants are ultimately served and made aware of this lawsuit and their required appearance. Yet, if the server has issue with the addresses, we will need to hire a professional service to investigate a current address for service.

      The undersigned finds that nothing less than a request for a stay of all action in this matter is appropriate until the undersigned can contact both Defendants through viable means and current addresses to serve them personally in order to solicit both Defendants' appearance. The undersigned, therefore, requests a stay of all action until the undersigned is able to serve Defendants personally at serviceable addresses.

      DENIED. By **March 7, 2022**, Plaintiff shall update the Court on the status of service. The deadline for the joint letter and proposed case management plan is ADJOURNED *sine die.*

SO ORDERED.

Dated: February 7, 2022
      New York, New York

                                                   ANALISA TORRES
                                       United States District Judge