UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                    Plaintiff,

-against-

ANTLER DISPENSARY, INC., a New York corporation, d/b/a ANTLER BEER & WINE DISPENSARY, and PPC MANAGEMENT INC., a New York corporation,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2022
```

21 Civ. 7450 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letters dated May 17 and 24, 2022. ECF Nos. 27, 29. Paintiff's request for a thirty day extension on the deadline to move for default against Defendant PPC Management Inc. is GRANTED. No further extension will be granted, absent a showing of good cause. By **June 24, 2022**, Plaintiff shall move for default against Defendant PPC Management Inc. in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: May 24, 2022
         New York, New York

                                                      ANALISA TORRES
                                            United States District Judge