UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

      Plaintiff,

-against-

ANTLER DISPENSARY, INC., a New York corporation, d/b/a ANTLER BEER & WINE DISPENSARY, and PPC MANAGEMENT INC., a New York corporation,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022

21 Civ. 7450 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 On May 10, 2022, the Court ordered Plaintiff to provide an update on the status of service against Defendant Antler Dispensary, INC. by June 10, 2022. ECF No. 26. Plaintiff failed file a letter by the deadline, therefore, the Court, *sua sponte*, extended the deadline to July 5, 2022. ECF No. 32. Again, Plaintiff has failed to file a status letter. Accordingly, by **July 13, 2022**, Plaintiff shall file a letter regarding the status of service against Defendant Antler Dispensary, INC. No further extension will be granted, absent a showing of good cause. Failure to comply with this order may result in dismissal for failure to prosecute.

 SO ORDERED.

Dated: July 7, 2022
   New York, New York

                 _____
                   ANALISA TORRES
                 United States District Judge